UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
**MIAMI DIVISION**

In re:

**DURIN, JEAN
DURIN, WESTANIA**

Case No. 09-34171-BKC-LMI
Chapter 7

**DEBTORS.**
_____/

### TRUSTEE BARRY E. MUKAMAL'S REPORT OF ABANDONMENT

BARRY E. MUKAMAL, TRUSTEE, pursuant to Local Rules 2002-1(C)(1)(f)(ii) and 6007-1 (A) reports that the following asset(s) were abandoned at the Section 341 Meeting of Creditors on 12/10/09:

"2002 Ford Explorer" as listed on Line 25 of Schedule "B"
of the Debtor's Bankruptcy petition

Real Properties as described in Exhibit "A" attached hereto

Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without the necessity of a hearing or order, if no objection is filed and served within 14 days after the date of the service of this notice.

Date: 12/10/2009

/s/ Barry E. Mukamal
Barry E. Mukamal
Chapter 7 Trustee
One S.E. Third Avenue – Box 158
Miami, Florida 33131
Telephone: (305) 416-2407
Facsimile:  (305) 416-2409

B6A (Official Form 6A) (12/07) Case 09-34171-LMI  Doc 1  Filed 11/02/09  Page 8 of 40

IN RE <u>Durin, Jean & Durin, Westania</u>                                       Case No. _____
                          Debtor(s)                                                          (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Condominium in Homestead, Fl** | | J | 75,000.00 | 164,000.00 |
| **House located in Port St. Lucie, Fl** | Tenancy by the Entirety | J | 150,000.00 | 253,000.00 |
| | | TOTAL | 225,000.00 | |

(Report also on Summary of Schedules)

EXHIBIT
A