# UNITED STATES BANKRUPTCY COURT

# Southern District of Florida

| Debtor(s) Name and Address:<br>Westania Durin<br>16220 NW 2nd Ave # 510<br>Miami, Fl 33169 | Bankruptcy Case #09-34171-LMI |
|---|---|
| | Chapter: 7  Ac# 7012433-20 2002 Ford Explorer |
| Creditor Name and Address<br>Tropical Financial Credit Union<br>3050 Corporate Way<br>Miramar, Florida 33025 |  DEC 1 4 2009<br>FILED ✓ RECEIVED |

## REAFFIRMATION AGREEMENT

Instructions
1) Attach a copy of all court judgments, security agreements, and evidence of their perfection.
2) File all the documents by mailing them or delivering them to the Clerk of the Bankruptcy Court in the divisional office where the judge assigned to the case is chambered.      **NOTICE TO DEBTOR:**

This agreement <u>gives up the protection of your bankruptcy discharge</u> for this debt.

<u>As a result of this agreement, the creditor may be able to take your property or wages</u> if you do not pay the agreed amounts. The creditor may also act to collect the debt in other ways.

<u>You may rescind (cancel) this agreement at any time before the bankruptcy court enters a discharge order or within 60 days after this agreement is filed with the court, whichever is later,</u> by notifying the creditor in writing that the agreement is canceled and by filing a copy with the court. This agreement is valid only if you signed it prior to the date your "Discharge of Debtor" was entered.

<u>You are not required to enter into this agreement by any law.</u> It is not required by the Bankruptcy Code, by any other law, or by any contract (except another reaffirmation agreement made in accordance with Bankruptcy Code § 524(c)).

<u>You are allowed to pay this debt without signing this agreement.</u> However, if you do not sign this agreement and are later unwilling or unable to pay the full amount, the creditor will not be able to collect it from you. The creditor also will not be allowed to take your property to pay the debt unless the creditor has a lien on that property.

If the creditor has a lien on your personal property, you may have a right to redeem the property and eliminate the lien by making a single payment to the creditor equal to the current value of the property, as agreed by the parties or determined by the court.

## REAFFIRMATION AGREEMENT

The debtor and creditor named above agree to reaffirm the debt described in this agreement as follows:

### THE DEBT

| | |
|---|---|
| Total amount of debt when case was filed | **$6,152.22** |
| Total amount of debt reaffirmed | $ 6,152.22 |

Above total includes the following:

| | |
|---|---|
| Interest accrued to date of agreement | |
| Attorney fees | $ N/A |
| Late fees | $ N/A |
| Other expenses or costs relating to the collection of this debt (describe) | $ N/A |
| Annual percentage rate (APR) | 09.00 % |
| Amount of monthly payments | **$340.76** |

| | |
|---|---|
| Total of payments if paid according to schedule | |
| Date any lien is to be released if paid according to schedule | N/A |

The debtor agrees that any and all remedies available to the creditor under the security agreement remain available.

Debtor must bring loans up to date in order to avoid repossession.
The debtor signed this agreement prior to the date of issuance of the "Discharge of Debtor".

**If all debts are reaffirmed, debtor will retain all services provided by TFCU.**

Page 2 of 4

_____

_____

Any lien described herein is valid and perfected.

I agreed to reaffirm this debt because

__It is in my best interest To do So__

I believe this agreement is in my best interest because

_____

__I need the Vehicle FOR WORK__

I [considered] [did not consider] redeeming the collateral under section 722 of the

Basis or Source for Valuation __Kelly Blue Book__

Bankruptcy Code (11 U.S.C. § 722). I chose not to redeem because
__I don't have the Funds To redeem it__

Expected Future Use of Collateral __To go To WORK__

Check Applicable Boxes:

_____

I [was] [was not] represented by an attorney during negotiations on this agreement.

### CERTIFICATION OF ATTACHMENTS

Any documents which created and perfected the security interest or lien [are] [are not] attached.

*[If documents are not attached:* **The documents which created and perfected the security interest or lien are not attached because**

_____

_____

### SIGNATURES

X __[signature]__
(Signature of Debtor)

Tropical Financial Credit Union
(Name of Creditor)

Date __11/30/09__

__[signature]__
(Signature of Creditor Representative)
**Beatriz Pena**

(Signature of Joint Debtor)

Date: November 18, 2009

Date  11/30/2009

### CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

I herby certify that 1) this agreement represents a fully informed and voluntary agreement by the debtor(s); 2) this agreement does not impose a hardship on the debtor or any dependent of the debtor; and 3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

_____
(Signature of Debtor's Attorney, if any)

SHARON WALKER
(Print Name)

2020 NE 163 St, #300, North Miami Bch, FL 33162
(Address)

305/944-9100
(Phone Number)

Page 4 of 4



**Tropical Financial Credit Union**
P O Box 026031
Miami, Florida 33102
(305) 261-8328
(888) 261-8328

**OPEN-END CREDIT PLAN
ADVANCE RECEIPT**

| BORROWER 1 NAME | DATE | ACCOUNT NUMBER |
|---|---|---|
| WESTANIA DURIN | 12/27/2005 | 7012433-20 |

BORROWER 2 NAME

### SECURITY INFORMATION

THE ADVANCE IS SECURED BY YOUR SHARES AS DESCRIBED UNDER SECURITY INTEREST, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING

| SHARES PLEDGED: | ACCOUNT NUMBER | | AMOUNT $ | ACCOUNT NUMBER | | AMOUNT $ |
|---|---|---|---|---|---|---|
| MOTOR VEHICLE: | YEAR 2002 | MAKE FORD | MODEL EXPLORER | BODY TYPE SUV | SERIAL or VIN NUMBER | IFMZU63E02ZB13270 |
| OTHER COLLATERAL: | | | | | | |

### CREDIT INFORMATION

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | INTEREST RATE IS | APPROXIMATE TERM | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| 0.024658 % | 9.0000 % | FIXED | 72 | $ 17,559.10 |
| AMOUNT ADVANCED | PAYMENT AMOUNT | DUE DATE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
| $ 17,559.10 | $ 340.76 | 1/20/2006 | MONTHLY | $ 0.00 | $ 0.00 |

OTHER FEES (Amount and Description)

$

**Estimated Monthly Payments:** Any payment terms disclosed are estimated for the purposes of calculating your monthly payment only. If payments are not made as scheduled, or future advances are taken, or additional costs are incurred, the last payment may vary from the amount disclosed, or the number of required payments may increase.

**Security Interest:**
By accepting, using, or accessing the advance proceeds outlined above, Borrower agrees to abide by the terms of the Credit Agreement and **GRANTS TO THE CREDIT UNION A SECURITY INTEREST IN THE PROPERTY DESCRIBED ABOVE** This pledge of security is governed by the Security Agreement that Borrower entered into when the Open-end Plan was opened. Property given as security for this loan or for any other loan will secure all amounts I owe the credit union now and in the future. This includes a security interest in all my shares in the credit union. However, for purposes of this advance, the credit union specifically waives any security interest it may have in my primary residence or non-purchase money household goods as explained in the Security Agreement

**SECURITY OFFERED**  ☐ **CONSUMER'S CLAIMS AND DEFENSES -- IF CHECKED, SEE NOTICE BELOW**

### CONSUMERS' CLAIMS AND DEFENSES NOTICE

*The following paragraph applies only when the box above is checked*

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER**

03-6400 LASER-EL F I-11216

**Credit Union Copy**

Copyright 2003 Minnesota Mutual Companies, Inc. All rights reserved
TRF006 06/03



**Tropical Financial Credit Union**
P.O. Box 026031
Miami, Florida 33102
(305) 261-8328
(888) 261-8328

**OPEN-END CREDIT PLAN, DISCLOSURES, CREDIT AGREEMENT, AND SECURITY AGREEMENT**

| ACCOUNT NUMBER |
|---|
| 7012433 |

| BORROWER'S NAME AND ADDRESS | DATE OF BIRTH |
|---|---|
| WESTANIA DURIN  161 NW 188 STREET  MIAMI FL 33169 | 4/29/1972 |
| CO-BORROWER'S NAME AND ADDRESS | DATE OF BIRTH |
|  |  |

## AN OPEN-END CREDIT PLAN FROM YOUR CREDIT UNION

This Open-end Credit Plan is a quick and convenient way for you to obtain a loan when you need it. This is an open-end, multi-featured credit plan. We anticipate that you will borrow money (called "advances") from time to time under the Plan. Several types of credit, called "subaccounts", are available under the Plan. We may, but do not have to, set credit limits on certain subaccounts or on the entire plan as a whole. Advances may be applied for by telephone, via the Internet, fax, mail or in-person.

### MEMBER'S DISCLOSURE STATEMENT

**HOW TO COMPUTE THE FINANCE CHARGE:** The Finance Charge is the total cost to you of obtaining credit through this credit plan. The Finance Charge begins to accrue on the date of each advance and accrues for each day the balance remains unpaid. The unpaid balance for each day is multiplied by the daily periodic rate to determine the Finance Charge for that day. The sum of these daily charges is the Finance Charge you will pay. The unpaid principal balance is that balance which is in your account at the close of business after all transactions, including payments and new borrowings, have been entered.

**Late Charge:** If your payment is late, a late fee will be assessed after 10 days. The late fee will be a minimum of $5.00 and is assessed at the rate of 10% of each payment due or $20.00, whichever is less.

**Late Payment Fees for Credit Cards:** VISA Platinum or Gold Card: $20.00 for a payment not paid within 20 days of the payment due dates.
VISA Classic late fee: $20.00 for payment not paid within 10 days of the payment due date.

**CREDIT PLAN RATES:** See separate Addendum for Type of Transactions and Credit Card Plan Rates.

### BORROWER'S ACKNOWLEDGEMENT

By signing below, I (we) understand and agree as follows:

I acknowledge that I have read, understand and accept the terms and conditions of the Open-end Credit Plan, Disclosures, Credit Agreement, and Security Agreement. I acknowledge that I have received copies of these documents. I also agree to be bound by any and all Advance Receipts and understand that by endorsing any advance proceeds check, or by otherwise accepting, using or accessing my advance proceeds, I am bound to the aforementioned documents. If I have applied for a credit card, I will be provided with a separate Credit Card Agreement and Disclosures and understand the Agreement will be effective when I or an Authorized User uses the card or the account, or if I fail to cancel the account by returning my card(s) to the Credit Union within 30 days of receipt.

I understand and acknowledge that no additional signatures shall be required for you to enforce the terms of the above agreements, however I may be required to provide additional signatures if you deem it necessary. I also agree to provide the credit union with any information necessary to perfect your security interest in any collateral pledged in connection with my advances, either now or in the future. I understand that you may periodically update my credit information in order to evaluate my on-going creditworthiness, without any additional signatures, for as long as my plan is open or an outstanding balance exists. You may use and communicate any information gathered for a lawful purpose as permitted by law.

**Security Interest and Lien on Accounts:** By accepting, using or accessing any advance proceeds under this Open-end Credit Plan, I grant the Credit Union a security interest in all goods, property, or other items purchased under this Plan either now or in the future, or in any other collateral given now or at the time of any future advance, or given at any other time in connection with the Open-end Plan, in accordance with my Security Agreement. I also agree to abide by the terms of the Security Agreement and any Advance Receipt or similar document.

**Cross-collateralization:** I acknowledge that any collateral given in connection with any advance under this Plan shall secure all other advances under this Plan, whether taken now or in the future, in accordance with my applicable security agreement(s). All property given as security for another loan held by the Credit Union will also secure amounts I owe under this plan with the exception of my primary residence and non-purchase household goods.

**Pledge of Shares:** By accepting, using or accessing any advance proceeds under this Plan, I pledge all of my shares and deposits in Tropical Financial Credit Union as security for advances under this Plan in accordance with the terms of the Credit and Security Agreements. IF I HAVE A CREDIT CARD UNDER THIS PLAN, THIS PLEDGE OF SHARES WILL ALSO SECURE ALL AMOUNTS I OWE UNDER THE CREDIT CARD ACCOUNT.

If I purchase voluntary credit insurance or other products in connection with this loan, I understand that a portion of the premium or fee I pay will be retained by the credit union (or paid back to the credit union by the service provider) as compensation for making these services available to me. I also understand that if credit insurance is elected, coverage will apply to all advances now and in the future, unless I instruct otherwise.

| SIGNATURE OF APPLICANT | DATE | SIGNATURE OF CO-APPLICANT | DATE |
|---|---|---|---|
| X /s/ | 12-27-05 | X |  |

### APPLICATION FOR GROUP CREDIT INSURANCE

I (we) are applying for the credit insurance coverage(s) selected below and agree to pay the required premium. I (we) understand that fees may be paid by the insurer in connection with coverage to the sponsor of this plan and/or its affiliates or designates. I (we) understand this insurance is voluntary and that I (we) may terminate it at any time. I (we) also agree that: 1. I am eligible for life insurance if I am presently under age 71. 2. If joint life insurance is selected, we are eligible if the older applicant is presently under age 71. We must be jointly and individually liable under the loan. Co-signers or guarantors are not eligible for insurance. 3. I am eligible for disability insurance if I am presently under age 66. I also must be presently employed outside the home for wages or profit for 30 hours or more per week and have been so employed for 30 days or more before this date. 4. A person signing this application as co-applicant is not eligible for disability insurance. The following question must be answered to determine my (our) eligibility for insurance:

APPLICANT     CO-APPLICANT     During the last two years, have you been advised of or treated for: cancer, heart attack or coronary artery disease, stroke, cirrhosis;
☐ YES ☒ NO   ☐ YES ☐ NO       or have you or your co-applicant been diagnosed for Acquired Immune Deficiency Syndrome (AIDS)?

My (our) answer to the above question is true to the best of my (our) knowledge and belief. If either my co-applicant or I answer "Yes" to this question, we understand that we are not eligible for insurance and will not be insured.
The effective date of my (our) insurance will be the date of this application, the date the eligible loan is disbursed, or the date the note evidencing the loan is signed, whichever date is later.
Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

| COVERAGE REQUESTED (*MONTHLY PREMIUM PER $100.00 OF OUTSTANDING LOAN BALANCE.) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☑ Yes | ☐ No | Single Life | 6.2¢* | ☐ Yes | ☑ No | Joint Life | 10.9¢* | ☑ Yes ☐ No | Credit Disability  17.6¢* |

| APPLICANT'S SIGNATURE | DATE | CO-APPLICANT'S SIGNATURE (Joint Life Only) | DATE |
|---|---|---|---|
| X /s/ | 12/27/05 | X |  |

99-60019.9
NOTICE: SEE ATTACHED NOTICE FOR IMPORTANT INFORMATION REGARDING YOUR RIGHTS TO DISPUTE BILLING ERRORS.

MHC-03-6301 LASER-EL F. 58971 Rev. 3/04         page 1 of 6         COPYRIGHT 2003 Minnesota Mutual Companies, Inc. All rights reserved.
                                        **Credit Union Copy**
                                                                                            TRF010 01/04